**Electronically Filed
Supreme Court
SCWC-19-0000704
09-OCT-2024
03:13 PM
Dkt. 64 OGAC**

SCWC-19-0000704

IN THE SUPREME OF THE STATE OF HAWAI'I

_____

In the Matter of the Application of
PIONEER MILL COMPANY, LIMITED,
to register title and confirm its title to land situate at
Lāhainā, Island and County of Maui, State of Hawai'i,
and
KAHOMA LAND LLC,
Substituted Applicant as to Lots 1, 2 and 3A

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000704; LD. CT. APP. NO. 439 amended;
LD. CT. CASE NO. 09-0300)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ.,
with Circuit Judge Kawashima, in place of Ginoza, J., recused)


The application for writ of certiorari filed on August 15, 2024, by Petitioners Gladiola Aloha Schneider, et al., is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, October 9, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ James S. Kawashima

